# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMALL,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　Defendant. | CASE NO. 07cv01636 JM(JMA)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DE4FENDANTG CIGNA GROUP INSURANCE |

　　　　The court hereby grants the parties joint stipulation to dismiss defendant Cigna Group Insurance with prejudice.

　　　　**IT IS SO ORDERED.**

DATED: October 11, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　　　07cv1636