# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMALL,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv01636 JM(JMA)<br><br>ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND PLAINTIFF'S COMPLAINT<br>[Docket 4] |

The court hereby grants the parties' second joint motion to extend the time for Defendants to respond to Plaintiff's Complaint to October 12, 2007.

**IT IS SO ORDERED.**

DATED: October 11, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties