# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMALL,<br><br>　　　　　Plaintiff,<br>v.<br><br>CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 07cv1636 JM(JMA)<br><br>ORDER ON JOINT MOTION TO DISMISS ACTION [Docket No. 16] |

The above-captioned matter and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: April 18, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge